UNITED STATES BANKRUPTCY COURT

Eastern District of Tennessee

Southern Division

IN RE:    Stacy Lee Ooten                                                                                         Case No.    14-15758

                                                                                                                                                Judge        Cook/Rucker

                                                                                                                                                Chapter 13

CHAPTER 13 PLAN

**ORIGINAL**

Dated:    December 31, 2014

**1. Payments and Term.**

The Debtor will pay the Chapter 13 Trustee    **$237.00**    **Weekly**    for  **60**  months by    Wage Order - Debtor

and the following additional monies:

**2. Priority Claims (including administrative expenses).**

(a) All administrative expenses under 11 U.S.C. §§ 503(b) & 1326 will be paid in full, including fees to the
debtor's attorney in the amount of    **$3,000.00**  , less   **$0.00**    previously paid by the debtor.

(b) Except as provided in paragraph 6 below, claims entitled to priority under 11 U.S.C. § 507 will be paid
in full in deferred cash payments, with tax claims paid as priority, secured, or unsecured in accordance with the
filed claim.

**3. Secured Claims.**

(a)  Cramdowns.  The holders of the following allowed secured claims retain the liens securing such claims
and will be paid by the trustee the value of the security in the manner specified below.  The portion of any
allowed claim that exceeds the value indicated will be treated as an unsecured claim under paragraph 4(a)
below.

| _Creditor_ | _Collateral_ | _Value_ | _Monthly Payment_ | _Interest Rate_ |
|---|---|---|---|---|
| **Capital One** | **2014 Hyundai Elantra** | **$21,484.67** | **$461.00** | **7.25** |
| **Capital One** | **2014 Yamaha V-Star** | **$9,500.00** | **$190.00** | **7.25** |
| **Lendmark Financial Services** | **2009 Pontiac G6** | **$8,725.00** | **$174.00** | **7.25** |

(b)  Surrender.  The debtor will surrender the following collateral and the creditor will have an allowed
deficiency claim which will be paid as unsecured under paragraph 4(a)
below.

| _Creditor_ | _Collateral to Be Surrendered_ |
|---|---|

(c)  _Long-Term Mortgages_.  The holders of the following mortgage claims will retain their liens and will be
paid monthly maintenance payments which will extend beyond the life of the plan.  Any arrearage amount
set forth below is an estimate; arrearage claims will be paid in full in the amount in the filed claim, absent
an objection.  Increases in the monthly maintenance payments during the life of the plan will be paid by the
indicated payer.

| _Creditor_ | _Estimated Arrearage_ | _Arrearage Interest Rate_ | _Arrearage Monthly Payment_ | _Maintenance Payment_ | _Payment By: (Trustee or Debtor)_ |
|---|---|---|---|---|---|

CHAPTER 13 PLAN (Continued)

ORIGINAL

*Dated:*　December 31, 2014

(d) *De Novo Review*. Notwithstanding any provision of this plan, the secured status and classification of any purported secured claim are subject to *de novo* review on the request of any party in interest made within 90 days following the filing of the claim or the expiration of the deadline for filing proofs of claim, whichever comes later.

**4. Unsecured Claims.**

(a) *Nonpriority*. Except as provided in subparagraph (b) and in paragraph 6 below, allowed nonpriority unsecured claims will be paid:　**100%**　.

(b) *Post-petition*. Claims allowed under 11 U.S.C. § 1305 will be paid in full.

**5. Executory Contracts and Unexpired Leases.** Except the following which are assumed, all executory contracts and unexpired leases are rejected, with any claim arising from the rejection to be paid as unsecured as provided in paragraph 4(a) above:

*Property Description*　　　　*Contract Number*　　　　*Other Party to Contract*

**6. Special Provisions.** (such as cosigned debts, debts paid by third party, student loans, special priority debts)

**Carla Ooten (Delinquent Child Support)**　　　　**Child Support arrears to be paid in full at $34.00 per month.**

**7. Liens to be avoided under §§ 506 & 522(f).** Confirmation of this plan shall constitute an order avoiding the liens of the following creditors:

**8. Property of the Estate.** All property of the Debtor(s) is included as property of the estate and shall remain so until discharge unless otherwise ordered by the Court.

| Date: | December 31, 2014 | Signature | /s/ Richard L. Banks, #000617 |
|---|---|---|---|

Richard L. Banks, #000617, Attorney for Debtor
Richard Banks & Associates, P.C.
P.O. Box 1515
Cleveland, TN 37364-1515
(423)479-4188

| Date: | December 31, 2014 | Signature | /s/ Stacy Lee Ooten |
|---|---|---|---|

Stacy Lee Ooten, Debtor